1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  RAFFI V. ZEROUNIAN (SBN 236388)
   rzerounian@harveysiskind.com
3  HARVEY SISKIND LLP
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
   Telephone:    (415) 354-0100
5  Facsimile:    (415) 391-7124
6

**ORIGINAL
FILED**

JUN 0 1 2008

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  Attorneys for Plaintiff
8  INTEL CORPORATION

9

10         **IN THE UNITED STATES DISTRICT COURT**

11      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

**SC**

13  INTEL CORPORATION, a Delaware    )   Case No.
    corporation,                      )
14                                     )   **CV 08        3165**
                                       )
            Plaintiff,                )   **COMPLAINT FOR DAMAGES AND
15                                     )   INJUNCTIVE RELIEF**
16      vs.                            )
                                       )
17  E.I., LLC, a California limited liability company,  )
                                       )
18          Defendant.                )
                                       )
19  _____ )

20      Plaintiff Intel Corporation ("Intel") alleges as follows:

21      1.      This action arises from unauthorized use of the trade name and trademark

22  INTELEVENT, INTELEVENT SYSTEMS, and the domain name www.intelevent.com, by E.I., LLC,

23  dba IntelEvent ("IntelEvent") to offer software and software consulting services.

24      2.      By using a trade name and trademark that wholly incorporate and emphasize the world

25  famous INTEL® trademark, IntelEvent has caused and is likely to continue to cause confusion that

26  Intel is the source or sponsor of IntelEvent's products and services, or that there is an association

27  between Intel and IntelEvent.  In addition, IntelEvent's acts are causing, and/or are likely to cause,

28  dilution of the INTEL® trademark.  Consequently, Intel seeks injunctive relief and damages under the

1  federal Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the California Business and Professions Code, and

2  the common law doctrines of passing off and unfair competition.

3  **I.    JURISDICTION**

4      3.    This Court has personal jurisdiction over IntelEvent because, on information and belief,

5  it conducts business in the State of California and within this judicial district, and resides within this

6  judicial district.

7      4.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

8  §§ 1331, 1332, 1338 and 1367.  Intel's claims are, in part, based on violations of the Lanham Act, as

9  amended, 15 U.S.C. §§ 1051, *et seq.*  The Court has jurisdiction over the state law claims pursuant to

10  28 U.S.C. §§ 1332, 1338(b), and 1367.

11      5.    Venue lies in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and

12  (c).  Intel is informed and believes that IntelEvent resides in this judicial district, transacts or has

13  transacted business in this judicial district and may be otherwise found here, and a substantial part of

14  the events, omissions, and injuries giving rise to Intel's claims occurred in this judicial district.

15  **II.    INTRADISTRICT ASSIGNMENT**

16      6.    This is an intellectual property action and therefore shall be assigned on a district-wide

17  basis per Civil L.R. 3-2(c).

18  **III.    THE PARTIES**

19      7.    Plaintiff Intel is a Delaware corporation having its principal place of business at 2200

20  Mission College Boulevard, Santa Clara, California, which is located in the Northern District of

21  California.  Intel offers a wide variety of goods and services, which are sold worldwide and throughout

22  the United States, including in the Northern District of California.

23      8.    Upon information and belief, Defendant E.I., LLC dba IntelEvent has a principal place

24  of business at 137 Auburn St., Salinas, California 93901, which is located in the Northern District of

25  California.  IntelEvent primarily offers software products and software consulting services under the

26  INTELEVENT mark.  IntelEvent promotes its goods and services at the website www.intelevent.com.

27  Upon information and belief, IntelEvent targets customers nationwide over its website, including

28

1 customers in California and this judicial district, and has customers within this state and this judicial

2 district.

## IV.    INTEL'S BUSINESS AND MARKS

4        9.      Intel is a world-famous company that develops, manufactures and sells a wide variety of

5 computer, communications and internet-related products and services including components used for

6 web site design and hosting, marketing, consulting, business management, financial services, and new

7 technology development.  Intel's customers include individual consumers, businesses, schools, and the

8 government.

9        10.     For 40 years, Intel has used INTEL as a trade name, trademark and service mark to

10 identify virtually its entire line of products and services.  INTEL is one of the most valuable, respected

11 and famous names and trademarks in the world.  Indeed, *The Wall Street Journal* has regularly

12 recognized the INTEL mark as one of America's most valuable brand names.  From 1995 to 2000,

13 *Fortune* magazine recognized Intel as one of the top ten "Most Admired Corporations in America," an

14 honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola.  In

15 2007, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey,

16 with an estimated value of $31 billion.

17        11.     As would be expected, Intel offers a wide variety of software and technology solutions.

18 One of the many areas in which Intel has had great success is in the software development and

19 consulting fields.  Intel's Software and Solutions group has been an innovator and developer of

20 technology solutions, and employs 3,200 software developers.  Its Intel® Server Essentials and Intel®

21 Active Management Technology software allow companies to manage their hardware and software

22 assets.  Intel's Intel® SOA Expressway for Healthcare software provides an efficient way for hospitals

23 and health professionals to exchange healthcare information.  Intel also supports the projects of

24 independent software developers through the Intel® Software Partner Program.  In addition, through

25 the Intel® Software Network, Intel provides a collection of software development products, tools, and

26 training, including the Intel® Mobile Platform Software Development Kit, Multi-core Readiness

27 Program, and Intel® Software Developer Dispatch.  Intel also offers the Intel® Software College

28 courses.  Intel further offers a variety of software consulting through the Intel® Solution Services.

1    12.    Intel uses INTEL as its "house mark" on or in connection with virtually every product

2 and service it sells. Intel also regularly uses its INTEL house mark in conjunction with hundreds of

3 other terms as the names of particular goods or services. Thus, consumers are accustomed to seeing

4 the INTEL mark combined with other terms to identify goods and services that originate from Intel. In

5 2007 alone, Intel sold over $38.3 billion of INTEL branded goods and services and, in the last twelve

6 years, Intel has sold over $364 billion of goods and services under the INTEL name and mark.

7    13.    Intel is the owner of numerous U.S. trademark registrations for the mark INTEL,

8 including the following:

9    a.    Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772

10 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection

11 with integrated circuits, registers and semiconductor memories and equipment for the testing and

12 programming thereof. These registrations, duly and legally issued by the United States Patent and

13 Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the

14 notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. Copies of these

15 registrations are attached hereto as Exhibits A and B.

16    b.    Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1,

17 1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor

18 memories. This registration, duly and legally issued by the United States Patent and Trademark

19 Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

20 registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

21 attached hereto as Exhibit C.

22    c.    Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October

23 14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and

24 microprocessors. This registration, duly and legally issued by the United States Patent and Trademark

25 Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

26 registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

27 attached hereto as Exhibit D.

28

1            d.   Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on

2   December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical

3   manuals, pamphlets, user and product manuals, all of which relate to the field of information and data

4   technology and semiconductor devices. This registration, duly and legally issued by the United States

5   Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

6   Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

7   of this registration is attached hereto as Exhibit E.

8            e.   Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on

9   October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,

10  note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens

11  and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf

12  balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States

13  Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

14  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy

15  of this registration is attached hereto as Exhibit F.

16           f.   Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on

17  October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,

18  gym bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the

19  United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

20  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

21  1111. A copy of this registration is attached hereto as Exhibit G.

22           g.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,

23  1998, for the mark INTEL for use in connection with, among other things, computer operating system

24  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed

25  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia

26  accelerators, video processors, computer hardware and software for the development, maintenance, and

27  use of interactive audio-video computer conference systems, and computer hardware and software for

28  the receipt, display and use of broadcast video, audio and data signals. This registration, duly and

1    legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

2    pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

3    to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.

4            h.    Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on

5    October 6, 1998, for the mark INTEL for use in connection with, among other things, printed

6    materials, namely, books, magazines, newsletters, journals, operating manuals, users guides,

7    pamphlets, and brochures about, for use with and directed to users of, computer operating system

8    software; computer operating programs; computer system tools; computer application software;

9    computer hardware; computer components; integrated circuits; microprocessors; computer memory

10   devices; video graphic accelerators; multimedia accelerators; video processors; and fax/modems. This

11   registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

12   subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"

13   with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as

14   Exhibit I.

15           i.    Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,

16   1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,

17   necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and

18   legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable

19   pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant

20   to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

21           j.    Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,

22   1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,

23   tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,

24   paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk

25   organizers. This registration, duly and legally issued by the United States Patent and Trademark

26   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

27   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is

28   attached hereto as Exhibit K.

1          k.   Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,

2    1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,

3    beach bags, duffel bags, fanny packs, and umbrellas.  This registration, duly and legally issued by the

4    United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

5    U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §

6    1111.  A copy of this registration is attached hereto as Exhibit L.

7          l.   Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,

8    1999, for the mark INTEL for use in connection with T-shirts, shirts, jackets, headwear, hats, polo

9    shirts, and infant rompers.  This registration, duly and legally issued by the United States Patent and

10   Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the

11   notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

12   registration is attached hereto as Exhibit M.

13         m.   Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on

14   July 13, 1999, for the mark INTEL for use in connection with toys, dolls, bean bags, and Christmas

15   tree ornaments.  This registration, duly and legally issued by the United States Patent and Trademark

16   Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of

17   registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is

18   attached hereto as Exhibit N.

19         n.   Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on

20   September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles.  This

21   registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

22   subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®,"

23   with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as

24   Exhibit O.

25         o.   Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on

26   April 24, 2001, for the mark INTEL for use in connection with, among other things, computers,

27   computer hardware, software for use in operating and maintaining computer systems, microprocessors,

28   integrated circuits, computer chipsets, computer motherboards, computer graphics boards, and

1 computer networking hardware. This registration, duly and legally issued by the United States Patent

2 and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses

3 the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this

4 registration is attached hereto as Exhibit P.

5         p.  Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19,

6 2001, for the mark INTEL for use in connection with, among other things, computer hardware and

7 software for use in imaging and photographic applications. This registration, duly and legally issued

8 by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15

9 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

10 § 1111. A copy of this registration is attached hereto as Exhibit Q.

11         q.  Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25,

12 2002, for the mark INTEL for use in connection with, among other things, computer hardware

13 installation and repair services; arranging and conducting educational conferences and seminars in the

14 fields of computers, telecommunications, and computer networking, and distributing course materials

15 in connection therewith; development, publishing and dissemination of educational materials in the

16 fields of computers, telecommunications and computer networking for others; interactive and non-

17 interactive computer education training services; providing information via global computer network

18 in the fields of education and entertainment; provision of interactive and non-interactive electronic

19 information services on a wide variety of topics; development of local and wide area computer

20 networks for others; computer web site design services; computer software design for others;

21 development of interactive and non-interactive web pages for the global computer network for others;

22 providing on-line newspapers, magazines, instructional manuals in the fields of technology,

23 entertainment, education and business; and development, maintenance, and provision of interactive and

24 non-interactive electronic bulletin boards services in the fields of entertainment and education. This

25 registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

26 subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

27 § 1111. A copy of this registration is attached hereto as Exhibit R.

28

1        r.   Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29,

2   2003, for the mark INTEL for use in connection with, among other things, installation, repair,

3   maintenance, support and consulting services for computer-related and communications-related goods;

4   providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the

5   fields of computer and information technology; and designing and developing standards for others in

6   the design and implementation of computer software, computer hardware and telecommunications

7   equipment.  This registration, duly and legally issued by the United States Patent and Trademark

8   Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant

9   to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit S.

10        s.   Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on

11  December 13, 2005, for the mark INTEL for use in connection with, among other things,

12  semiconductor and microprocessor cartridges; internet and web servers; internet and web caching

13  servers; wireless and remote computer peripherals; computer hardware and software for enabling web

14  portals; computer hardware and software for digital encryption, identification and certification;

15  computer hardware and software to enable remote encrypted networking; computer hardware and

16  software to enable secure data transmission via networks, the internet and world wide web; and

17  computer consultation services, namely, web design and development services.  This registration, duly

18  and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses

19  the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this

20  registration is attached hereto as Exhibit T.

21        t.   Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August

22  29, 2006, for the mark INTEL for use in connection with telecommunication services, namely,

23  electronic and digital transmission of data, documents, audio and video via computer terminals.  This

24  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and

25  subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.

26  § 1111.  A copy of this registration is attached hereto as Exhibit U.

27        u.   Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on

28  November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting

1  services. This registration, duly and legally issued by the United States Patent and Trademark Office,

2  is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15

3  U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.

4       14.     In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also

5  owns a large family of marks that incorporate INTEL as a prominent component of the mark. For

6  example, in 1991, Intel developed and launched a cooperative advertising and licensing program

7  referred to as the "Intel Inside® Program." As part of this program, Intel adopted and began to use the

8  trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the

9  "INTEL INSIDE Marks"). Additionally, it licensed the INTEL INSIDE Marks to PC manufacturers to

10  communicate to the end customer that the manufacturers' products, such as personal desktop

11  computers, laptop computers and workstations, were designed with genuine Intel microprocessors.

12  Among Intel's many thousands of OEM ("Original Equipment Manufacturers") licensees worldwide

13  are giants of the computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony. Intel's

14  OEM licensees have undoubtedly sold many billions of dollars worth of computer products bearing the

15  INTEL INSIDE Marks (this ubiquitous mark was changed last year to the INTEL mark). The

16  combined advertising expenditure by Intel and Intel's licensees under the INTEL INSIDE Marks has

17  averaged over one billion dollars for each of the last few years. Through extensive advertising and

18  promotion by Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE Marks

19  have most likely created billions of impressions.

20       15.     Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE

21  Marks, including Reg. No. 1,705,796 and Reg. No. 2,179,209. Copies of these registrations are

22  attached hereto as Exhibits W and X.

23       16.     Intel owns many other U.S. trademark registrations for its family of INTEL formative

24  marks. These include: INTEL INSIDE PENTIUM 4 HT, INTEL INSIDE PENTIUM 4HT

25  EXTREME EDITION, INTEL SPEEDSTEP, INTEL XSCALE, INTEL NETMERGE, INTEL

26  NETBURST, INTEL NETSTRUCTURE, INTEL VIIV, INTEL CORE, INTEL LEAP AHEAD, and

27  INTEL CORE DUO INSIDE. Copies of these registrations are attached hereto as Exhibits Y through

28  SS.

17.     Intel is also the owner of several California trademark registrations for the mark INTEL (CA Reg. No. 63565; CA Reg. No. 94220; CA Reg. No. 94221). Copies of these registrations are attached hereto as Exhibits TT through VV.

18.     Through its extensive use, Intel also owns common law trademark rights in INTEL and its family of INTEL-formative marks, for all of the goods and services and activities identified herein.

19.     Intel maintains an internet site on the World Wide Web at the address http://www.intel.com. Intel has used its trade name and trademark as an internet address in order to make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel. Intel's web site features the INTEL marks and many other INTEL composite marks.

20.     As a consequence of the extensive sales, advertising, promotion, and use of the INTEL and INTEL formative trademarks, Intel has developed enormous recognition for its products and services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the mark. The INTEL mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

## V.     INTELEVENT'S BUSINESS

21.     IntelEvent, which maintains a website at www.intelevent.com, provides software and consulting related to event management under the INTELEVENT mark. Intel also offers a wide variety of software products and services. In addition, IntelEvent's website recommends the use of Intel's hardware products for use with IntelEvent's software.

22.     The INTELEVENT trade name and trademark wholly incorporate and emphasize the INTEL trademark. The primary and dominant portion of the INTELEVENT trade name and trademark is INTEL, which is identical to Intel's world famous INTEL mark.

23.     Despite Intel's attempts to resolve the dispute amicably, IntelEvent has persisted in using the INTELEVENT trade name and trademark, leaving Intel no choice but to file this Complaint.

# FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

24.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 23 of this Complaint.

25.    Upon information and belief, IntelEvent was aware of Intel's business and its INTEL mark prior to the adoption and use of the INTELEVENT trade name and trademark.

26.    IntelEvent either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to IntelEvent's adoption and use of the INTELEVENT trade name and trademark.

27.    IntelEvent is using the INTELEVENT trade name and trademark in connection with the offering of software products and services without Intel's consent, and with knowledge of Intel's rights.

28.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark falsely indicates to consumers that IntelEvent's software products and services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

29.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the software products and services IntelEvent offers.

30.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark in connection with the offering of its software products and services allows, and will continue to allow, IntelEvent to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of IntelEvent's goods and services, not based on the merits of those goods or services, but on Intel's reputation and goodwill.

31.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark in connection with the sale of its software goods and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INTEL mark, and

1  places Intel's valuable reputation and goodwill in the hands of IntelEvent, over which Intel has no

2  control.

3      32.    IntelEvent is likely to cause further confusion, or to cause mistake, or to deceive

4  consumers or potential consumers in violation of 15 U.S.C. § 1114.

5      33.    Intel has been, is now, and will be irreparably injured and damaged by IntelEvent's

6  trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name,

7  reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

8  law.

9              **SECOND CAUSE OF ACTION**
              **FALSE DESIGNATION OF ORIGIN**
10             **(15 U.S.C. § 1125(A))**

11     34.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

12  1 through 33 of this Complaint.

13     35.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark falsely

14  suggests that its software products and services are connected with, sponsored by, affiliated with, or

15  related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

16     36.    Intel has been, is now, and will be irreparably injured and damaged by IntelEvent's

17  aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

18  reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

19  law.

20              **THIRD CAUSE OF ACTION**
              **FEDERAL TRADEMARK DILUTION**
21             **(15 U.S.C. § 1125(C))**

22     37.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

23  1 through 36 of this Complaint.

24     38.    The INTEL mark is world-renowned.  It is a famous mark that is widely recognized by

25  consumers, businesses and industry, and that identifies the products and services of Intel in the minds

26  of consumers.

27     39.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark began

28  after Intel's mark had become famous.

1    40.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark has, and

2    will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark.

3    IntelEvent's acts blur and whittle away at the distinctiveness and identity-evoking quality of the

4    INTEL mark.  IntelEvent's acts have diluted and are likely to continue diluting the famous INTEL

5    mark in violation of 15 U.S.C. § 1125(c).

6    41.    Intel has been, is now, and will be irreparably injured and damaged by IntelEvent's

7    aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name,

8    reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at

9    law.

**FOURTH CAUSE OF ACTION**
**INJURY TO BUSINESS REPUTATION AND**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE §14247)**

13    42.    Intel realleges and incorporates herein by reference the matters alleged in paragraphs

14    1 through 41 of this Complaint.

15    43.    IntelEvent's unauthorized use of the INTELEVENT trade name and trademark is likely

16    to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of

17    the INTEL mark and trade name in violation of the California Business and Professions Code §14247.

18    44.    IntelEvent willfully intended to trade on Intel's image and reputation and to dilute the

19    INTEL trademark, acted with reason to know, or was willfully blind as to the consequences of its

20    actions.

21    45.    IntelEvent's wrongful acts have caused and will continue to cause Intel irreparable

22    harm.  Intel has no adequate remedy at law for IntelEvent's dilution.

23    46.    Intel is therefore entitled to a judgment enjoining and restraining IntelEvent from

24    engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

**FIFTH CAUSE OF ACTION**
**INFRINGEMENT UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE § 14245)**

27    47.    Intel realleges and incorporates herein by reference the matters alleged in Paragraphs

28    1 through 46 of this Complaint.

-14-

48.     IntelEvent's unauthorized use of the INTELEVENT trade name and trademark in connection with the sale, offering for sale, distribution or advertising of its products and services is likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services in violation of California Business and Professions Code § 14245.

49.     Upon information and belief, IntelEvent's infringement has been with knowledge of Intel's rights.

50.     Intel has been, is now, and will be irreparably injured and damaged by IntelEvent's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

## SIXTH CAUSE OF ACTION
## COMMON LAW PASSING OFF
## AND UNFAIR COMPETITION

51.     Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 50 of this Complaint.

52.     IntelEvent's unauthorized use of the INTELEVENT trade name and trademark constitutes passing off and unfair competition of the INTEL mark in violation of the common law of California.

53.     IntelEvent's wrongful acts have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law.

54.     Intel is entitled to a judgment enjoining and restraining IntelEvent from engaging in further acts of infringement and unfair competition.

## SEVENTH CAUSE OF ACTION
## UNFAIR COMPETITION
## (CAL. BUS & PROF. CODE § 17200)

55.     Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 54 of this Complaint.

56.     IntelEvent's acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

57.     IntelEvent's acts of unfair competition have caused and will continue to cause Intel irreparable harm.  Intel has no adequate remedy at law for IntelEvent's unfair competition.

58.     Intel is entitled to a judgment enjoining and restraining IntelEvent from engaging in further unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Intel prays for relief as follows:

1.     Entry of an order and judgment requiring that IntelEvent and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the term "INTELEVENT;" (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between IntelEvent and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2.     A judgment ordering IntelEvent, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which IntelEvent has complied with the injunction, ceased all sales of goods and services under the INTELEVENT trade name and trademark as set forth above;

3.     A judgment ordering IntelEvent, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of IntelEvent or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable

1  imitation of this mark, including without limitation the INTELEVENT trade name and trademark, both

2  alone and in combination with other words or terms;

3      4.      A judgment ordering IntelEvent to take all steps necessary to cancel or remove the

4  name IntelEvent from the records of the California Secretary of State, and any other states in which

5  IntelEvent is licensed to do business, the County Clerk of Monterey County, California, and any

6  related fictitious business names from the records of the offices of the Secretary of State of each state

7  or the clerk of any county in which IntelEvent or its other entities are incorporated and qualified to do

8  business, and to otherwise take all steps necessary to change IntelEvent's business name;

9      5.      A judgment ordering IntelEvent to take all steps necessary to cancel the domain name

10  www.intelevent.com and to remove all references to the INTELEVENT trade name and trademark

11  from all of its other websites, if any;

12      6.      A judgment in the amount of Intel's actual damages, IntelEvent's profits, Intel's

13  reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

14      7.      A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under

15  state law as appropriate;

16      8.      A judgment granting Intel such other and further relief as the Court deems just and

17  proper.

18

19  Dated:  July 1, 2008

Respectfully submitted,

20

HARVEY SISKIND LLP

21  IAN K. BOYD
RAFFI V. ZEROUNIAN

22

23

By:  _____

24              Raffi V. Zerounian

25  Attorneys for Plaintiff
INTEL CORPORATION

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3     parties, there is no such interest to report.

4

5     Dated:  July 1, 2008

                                        Respectfully submitted,

6

7                                       HARVEY SISKIND LLP
                                        IAN K. BOYD
                                        RAFFI V. ZEROUNIAN

8

9

10                                      By:  _____
                                                  Raffi V. Zerounian

11

12                                      Attorneys for Plaintiff
                                        INTEL CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Prior U.S. Cl.: 21

United States Patent and Trademark Office

10 Year Renewal

⊿ No. 914,978

Registered June 15, 1971

Renewal Approved May 15, 1991

# TRADEMARK
## PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE
CORPORATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051, BY MERGER
AND CHANGE OF NAME FROM
INTEL CORPORATION (CALIFORNIA
CORPORATION) MOUNTAIN VIEW,
CA

FOR: INTEGRATED CIRCUITS, REG-
ISTERS, AND SEMICONDUCTOR
MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE
3-11-1969.

SER. NO. 72-325,488, FILED 4-24-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 25, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

United States Patent and Trademark Office

Reg. No. 938,772

10 Year Renewal

Registered July 25, 1972

Renewal Term Begins July 25, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: EQUIPMENT FOR THE TESTING AND PROGRAMMING OF INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 26 (INT. CL. 9).

FIRST USE 1-15-1971; IN COMMERCE 1-15-1971.

SER. NO. 72-384,319, FILED 2-19-1971.

## EXHIBIT B

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 939,641

United States Patent and Trademark Office

Registered Aug. 1, 1972

10 Year Renewal

Renewal Term Begins Aug. 1, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119, BY MERGER AND CHANGE OF NAME FROM INTEL CORPORATION (CALIFORNIA CORPORATION) MOUNTAIN VIEW, CA

FOR: INTEGRATED CIRCUITS, REGISTERS AND SEMICONDUCTOR MEMORIES, IN CLASS 21 (INT. CL. 9).

FIRST USE 3-11-1969; IN COMMERCE 3-11-1969.

SER. NO. 72-384,320, FILED 2-19-1971.

**EXHIBIT C**

Prior U.S. Cl.:    26



# United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif.  95051

For: MICROCOMPUTERS, MICROCONTROLLERS
AND MICROPROCESSORS, in CLASS 9 (U.S. CLS.
21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

# EXHIBIT D

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,573,324
Registered Dec. 26, 1989

### TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (CALIFORNIA CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: PRINTED MATERIAL, NAMELY,
TECHNICAL MANUALS, PAMPHLETS, USER
AND PRODUCT MANUALS, ALL OF WHICH
RELATE TO THE FIELD OF INFORMATION

AND DATA TECHNOLOGY AND SEMICON-
DUCTOR DEVICES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 8-1-1973; IN COMMERCE
8-1-1973.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563
AND OTHERS.

SER. NO. 73-794,931, FILED 4-21-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10-16-1990; IN COMMERCE
10-16-1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10-15-1990; IN COMMERCE
10-15-1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10-22-1990; IN COMMERCE
10-22-1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10-19-1990; IN COMMERCE
10-19-1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9-27-1990; IN COMMERCE
9-27-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,623, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

# EXHIBIT F

Int. Cls.: 18, 2    25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692
Registered Oct. 20, 1992

TRADEMARK
PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,124
AND OTHERS.

SER. NO: 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

## EXHIBIT G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,171,778

Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950523119

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING PROGRAMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; AUDIO AND VIDEO GRAPHICS FOR REAL TIME INFORMATION AND IMAGE TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING; COMPUTER FIRMWARE; COMPUTER HARDWARE; COMPUTER PERIPHERALS; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT CHIPS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MEMORY DEVICES; SEMICONDUCTOR MEMORY DEVICES; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; FAX/MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-6-1971; IN COMMERCE 7-6-1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978, AND OTHERS.

SN 75-160,106, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT H

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,194,121

Registered Oct. 6, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA

ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38,
AND 50).

FIRST USE 3-0-1969; IN COMMERCE
3-0-1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75–160,105, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT I

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,962

Registered June 8, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,
PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10–0–1990; IN COMMERCE
10–19–1990.

SN 75–371,526, FILED 10–10–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT J

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,251,961
Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,

PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75-371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT K

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

United States Patent and Trademark Office

Reg. No. 2,250,491
Registered June 1, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

# EXHIBIT L

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,254,525
Registered June 15, 1999

TRADEMARK
PRINCIPAL REGISTER

INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO

SHIRTS; SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

**EXHIBIT M**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,261,531
Registered July 13, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS

TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

SN 75-349,837, FILED 9-2-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT N

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

## United States Patent and Trademark Office

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

## EXHIBIT O

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,446,693
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SOFTWARE FOR USE IN OPERATING AND MAIN-
TAINING COMPUTER SYSTEMS; SEMICONDUC-
TORS; MICROPROCESSORS; INTEGRATED
CIRCUITS; MICROCOMPUTERS; COMPUTER
CHIPSETS; COMPUTER MOTHERBOARDS AND
DAUGHTERBOARDS; COMPUTER GRAPHICS
BOARDS; COMPUTER NETWORKING HARD-
WARE; COMPUTER NETWORK ADAPTORS,
SWITCHES, ROUTERS AND HUBS; COMPUTER
PERIPHERALS AND ELECTRONIC APPARATUS
FOR USE WITH COMPUTERS; KEYBOARDS;
TRACKBALLS; COMPUTER MOUSE DEVICES;
COMPUTER INPUT DEVICES; COMPUTER MONI-
TORS; VIDEO APPARATUS; VIDEO CIRCUIT
BOARDS; APPARATUS AND EQUIPMENT FOR
RECORDING, PROCESSING, RECEIVING, REPRO-
DUCING, TRANSMITTING, MODIFYING, COM-
PRESSING, DECOMPRESSING, BROADCASTING,
MERGING AND/OR ENHANCING SOUND, VIDEO
IMAGES, GRAPHICS, AND DATA; ALGORITHM
SOFTWARE PROGRAMS FOR THE OPERATION
AND CONTROL OF COMPUTERS; COMPUTER
COMPONENT TESTING AND CALIBRATING
ELECTRONIC UNITS; SET-TOP BOXES, NAMELY,
ELECTRONIC CONTROL BOXES FOR THE INTER-
FACE AND CONTROL OF COMPUTER AND GLO-
BAL COMPUTER NETWORKS WITH TELEVISION
AND CABLE BROADCAST EQUIPMENT, TELE-
CONFERENCING EQUIPMENT, AND VIDEO CON-

FERENCING EQUIPMENT, COMPUTER
PROGRAMS FOR NETWORK MANAGEMENT;
COMPUTER UTILITY PROGRAMS; COMPUTER
OPERATING SYSTEM SOFTWARE; COMPUTER
PROGRAMS FOR RECORDING, PROCESSING, RE-
CEIVING REPRODUCING, TRANSMITTING, MOD-
IFYING, COMPRESSING, DECOMPRESSING,
BROADCASTING, MERGING, AND/OR ENHAN-
CING SOUND, VIDEO, IMAGES, GRAPHICS, AND
DATA; COMPUTER PROGRAMS FOR WEB PAGE
DESIGN; COMPUTER PROGRAMS FOR ACCES-
SING AND USING THE GLOBAL COMPUTER NET-
WORK; TELECOMMUNICATIONS APPARATUS
AND INSTRUMENTS; APPARATUS AND EQUIP-
MENT FOR USE IN VIDEO-CONFERENCING, TEL-
ECONFERENCING, DOCUMENT EXCHANGE
AND EDITING; CAMERAS AND DIGITAL CAM-
ERAS FOR USE WITH COMPUTERS; HEADSETS
FOR USE WITH COMPUTERS, COMPUTER SOFT-
WARE, TELECONFERENCING EQUIPMENT AND
VIDEO CONFERENCING EQUIPMENT; PARTS,
FITTINGS, AND TESTING APPARATUS FOR ALL
THE AFORESAID GOODS; AND USER MANUALS
FOR USE WITH, AND SOLD AS A UNIT WITH, ALL
THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,493, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

**EXHIBIT P**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,462,327
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY

## EXHIBIT Q

Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

## EXHIBIT R

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,742,174
Registered July 29, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION
TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT S

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 3,029,954
Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

**EXHIBIT T**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

Reg. No. 3,136,102

## United States Patent and Trademark Office

Registered Aug. 29, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

# EXHIBIT U

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

United States Patent and Trademark Office

Reg. No. 3,173,391
Registered Nov. 21, 2006

SERVICE MARK
PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY

**EXHIBIT V**

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,705,796
Registered Aug. 4, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY

## EXHIBIT W

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,179,209
Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR

MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

# EXHIBIT X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 3,015,061**

# United States Patent and Trademark Office

Registered Nov. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-
MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT" AND "4" , APART FROM
THE MARK AS SHOWN.

SER. NO. 78-390,770, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

# EXHIBIT Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,017,448

## United States Patent and Trademark Office

Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
SEMICONDUCTORS; MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES; INTEGRA-
TED CIRCUITS; COMPUTER CHIPSETS; COMPU-
TER MOTHERBOARDS AND
DAUGHTERBOARDS; MICROCOMPUTERS; COM-
PUTER WORKSTATIONS; SOFTWARE PROGRAM-
MABLE PROCESSORS; NOTEBOOK AND LAPTOP
COMPUTERS; PORTABLE COMPUTERS; HAND-
HELD COMPUTERS; COMPUTER PERIPHERALS;
COMPUTER SOFTWARE; COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEM ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY, AND OPERATING SYS-
TEM SOFTWARE; COMPUTER AND TELECOM-
MUNICATIONS NETWORKING HARDWARE AND
SOFTWARE; COMPUTER AND NETWORK SER-
VERS; COMPUTER NETWORK ADAPTERS,
SWITCHES, ROUTERS AND HUBS; WIRELESS
AND WIRED MODEMS AND COMMUNICATION
CARDS AND DEVICES; TESTING APPARATUS
FOR TESTING PRINTED CIRCUIT BOARDS PARTS
AND FITTINGS FOR THE AFOREMENTIONED
GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-14-2002; IN COMMERCE 11-14-2002.

OWNER OF U.S. REG. NOS. 2,155,197, 2,451,273
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HT", "EDITION" AND "4", APART
FROM THE MARK AS SHOWN.

SER. NO. 78-390,821, FILED 3-25-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

**EXHIBIT Z**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,497,572

United States Patent and Trademark Office

Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL SPEEDSTEP

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528199

FOR: COMPUTER HARDWARE MICROPROCES-
SORS, INTEGRATED CIRCUITS, AND SEMICON-
DUCTORS; MOBILE COMPUTERS; COMPUTER
HARDWARE, COMPUTER SOFTWARE, COMPU-
TER OPERATING SYSTEMS, AND APPLICATION
SPECIFIC INTEGRATED CIRCUITS ALL TO EN-
ABLE AUTOMATIC TRANSITIONING BETWEEN
LEVELS OF VOLTAGE AND FREQUENCY PER-
FORMANCE OF THE COMPUTER PROCESSOR
AND COMPUTER SYSTEM, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 39929800.209,
FILED 5-22-1999, REG. NO. 39929800, DATED 11-18-
1999, EXPIRES 5-31-2009.

SER. NO. 75-772,621, FILED 8-10-1999.

MICHAEL WEBSTER, EXAMINING ATTORNEY

## EXHIBIT AA

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,756,697
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL XSCALE

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: MICROPROCESSORS, INTEGRATED CIRCUITS, AND SEMICONDUCTORS; DATA PROCESSING EQUIPMENT, NAMELY, COMPUTERS, COMPUTER MONITORS, KEYBOARDS, COMPUTER MICE, AND MODEMS; HANDHELD COMPUTERS; MICROCOMPUTERS; PERSONAL DIGITAL ASSISTANTS; CELLULAR TELEPHONES; PORTABLE AND HANDHELD PERSONAL ORGANIZERS; COMPUTER HARDWARE; COMPUTER SOFTWARE, NAMELY, COMPUTER UTILITY PROGRAMS, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT, COMPUTER SOFTWARE FOR ACCESSING A GLOBAL COMPUTER NETWORK AND INTERCONNECTED COMPUTER NETWORKS; COMPUTER OPERATING SYSTEMS; COMPUTER PERIPHERALS; WIRELESS AND REMOTE COMPUTER PERIPHERALS; WEB APPLIANCES, NAMELY, SET-TOP BOXES, COMPUTER SERVERS, TELECOMMUNICATIONS SERVERS, DATA AND TELECOMMUNICATIONS SIGNAL TRANSMISSION INTERFACE DEVICES FOR ACCESSING A GLOBAL COMPUTER AND FOR COMMUNICATIONS NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-23-2000; IN COMMERCE 9-27-2000.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30009966.5, FILED 2-10-2000, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778, AND OTHERS.

SN 76-106,896, FILED 8-9-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY

## EXHIBIT BB

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,784,975

Registered Nov. 18, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### INTEL NETMERGE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE, NAMELY, COM-
PUTER MIDDLE WARE AND TELECOMMUNICA-
TIONS SOFTWARE FOR PROVIDING STANDARD
INTERFACES FOR VOICE, VIDEO, AUDIO, AND
NETWORK APPLICATIONS, FACSIMILE ROUT-
ING, VIDEOCONFERENCING, SWITCHING AND
SPEECH FUNCTIONALITY AND TO ALLOW FOR
STANDARD INTERFACES WITH HARDWARE;
AND COMPUTER SOFTWARE FOR USE IN FACIL-
ITATING NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

FOR: COMPUTER CONSULTATION SERVICES
AND CUSTOM COMPUTER SOFTWARE DEVEL-
OPMENT SERVICES, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30100042.5/0,
FILED 1-2-2001, DATED 0-0-0000.

OWNER OF U.S. REG. NOS. 914,978, 2,462,327,
AND OTHERS.

SN 78-071,556, FILED 6-28-2001.

LAURA KOVAISKY, EXAMINING ATTORNEY

# EXHIBIT CC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,724,913

Registered June 10, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETBURST

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE;
INTEGRATED CIRCUITS; MICROPROCESSORS;
SEMICONDUCTORS; COMPUTER PERIPHERALS;
WEB APPLIANCES, NAMELY, PERSONAL DIGI-
TAL ASSISTANTS, WEB-TABLETS, WEBPADS, AND

COMPUTER PERIPHERALS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-11-2000; IN COMMERCE 11-11-2000.

SN 76-068,772, FILED 6-13-2000.

SUSAN STIGLITZ, EXAMINING ATTORNEY

# EXHIBIT DD

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,869,653

## United States Patent and Trademark Office

Registered Aug. 3, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: NETWORKING SOFTWARE DESIGNED TO PROCESS HOST MEDIA TASKS ON SERVERS; SWITCHES; ROUTERS; MEZZANINE CARDS; PROCESSOR BOARDS; VPN GATEWAYS; PBX INTEGRATION BOARDS; COMPUTER HARDWARE AND SOFTWARE TO TRANSLATE CALL AND CONNECTION CONTROL SIGNALS; SWITCHING HARDWARE DESIGNED TO ROUTE CALLS FROM ONE NETWORK RESOURCE TO ANOTHER; XML ACCELERATORS; NETWORKING HARDWARE FOR MANAGING TRAFFIC AND LOAD BALANCING FOR WEBSITES AND E-COMMERCE SITES, AND ACCELERATING TRANSACTIONS; VOICE OVER IP (VOIP) INTERFACE BOARD; CIRCUIT BOARDS; COMPUTER SOFTWARE FOR PROVIDING NETWORK ACCESS; COMPUTER HARDWARE FOR WIRELESS APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SER. NO. 78-284,090, FILED 8-6-2003.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

EXHIBIT EE

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,911,320

## United States Patent and Trademark Office

Registered Dec. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL NETSTRUCTURE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTER HARDWARE; ROUTERS; HUBS; SERVERS; SWITCHES; INTEGRATED CIR-CUITS; COMPUTER FIRMWARE, NAMELY COMPUTER OPERATING SYSTEMS SOFTWARE; FIXED FUNCTION SERVERS; COMPUTER NETWORKING HARDWARE; SEMICONDUCTOR DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR CREATING, FACILITATING, AND MANAGING REMOTE ACCESS TO AND COMMUNICATION WITH LOCAL AREA NETWORKS (LANS), VIRTUAL PRIVATE NETWORKS (VPN), WIDE AREA NETWORKS (WANS) AND GLOBAL COMPUTER NETWORKS; ROUTER, SWITCH, HUB AND SERVER OPERATING SOFTWARE; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; APPLICATION SOFTWARE, NAMELY, COMPUTER COMMUNICATIONS SOFTWARE, INTER-NET-WORK ACCESS AND APPLICATION MANAGEMENT SOFTWARE, NETWORK MANAGEMENT SOFTWARE, PROTOCOL TRANSLATION SOFTWARE, AND TELECONFERENCING SOFTWARE; COMPUTER SOFTWARE TOOLS FOR THE FACILITATION OF THIRD PARTY SOFTWARE APPLICATIONS; COMPUTER NETWORK ADAPTERS; COMPUTER HARDWARE AND SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS; REMOTE ACCESS SERVERS, REMOTE ACCESS ADAPTERS, REMOTE ACCESS SOFTWARE, AND REMOTE ACCESS GATEWAYS; NETWORKING EQUIPMENT, NAMELY, DIGITAL LOOP CARRIERS, MULTIPLEXERS, OPTICAL TRANSMITTERS, FIBER OPTIC TERMINALS; AND MANUALS SOLD AS A UNIT AND DOWNLOADABLE FROM A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

SN 75-859,872, FILED 11-29-1999.

TRICIA THOMPKINS, EXAMINING ATTORNEY

## EXHIBIT FF

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,230,855
Registered Apr. 17, 2007

### TRADEMARK
#### PRINCIPAL REGISTER

# INTEL VIIV

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTER DATA PROCESSING HARD-
WARE, COMPUTERS, COMPUTER HARDWARE,
SEMICONDUCTORS, MICROPROCESSORS AND
OTHER SEMICONDUCTOR DEVICES, COMMUNI-
CATIONS AND NETWORKING SEMICONDUC-
TORS, INTEGRATED CIRCUITS, COMPUTER
MOTHERBOARDS AND DAUGHTERBOARDS, MI-
CROCOMPUTERS, SOFTWARE PROGRAMMABLE
MICROPROCESSORS; COMPUTER CHIPSETS FOR
USE IN TRANSMITTING DATA TO AND FROM A
CENTRAL PROCESSING UNIT, COMPUTER FIRM-
WARE, NAMELY, COMPUTER UTILITY SOFT-
WARE AND OTHER COMPUTER SOFTWARE
USED TO MAINTAIN AND OPERATE COMPUTER
SYSTEMS ALL STORED IN A COMPUTER'S READ-
ONLY MEMORY (ROM) OR ELSEWHERE IN THE
COMPUTER'S CIRCUITRY AND OPERATING SYS-
TEM SOFTWARE, COMPUTER AND COMMUNI-
CATIONS AND NETWORKING SOFTWARE FOR
WIRED AND WIRELESS NETWORK COMMUNI-
CATIONS AND CONNECTIVITY, WIRELESS AND
WIRED MODEMS, COMPUTER NETWORK ADAP-
TERS AND NETWORK CARD ADAPTERS; (BASED

ON 44(E) ONLY) COMPUTER CHIPSETS, COMPU-
TER FIRMWARE AND OPERATING SYSTEM
SOFTWARE, COMMUNICATIONS AND NET-
WORKING SOFTWARE FOR WIRED AND WIRE-
LESS NETWORK COMMUNICATIONS AND
CONNECTIVITY, WIRELESS AND WIRE MODEMS,
NETWORK ADAPTERS AND NETWORK ADAP-
TER CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-26-2006; IN COMMERCE 1-26-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30434867.8/0,
FILED 6-17-2004, REG. NO. 30434867, DATED 6-23-
2004, EXPIRES 6-30-2014.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 78-534,028, FILED 12-16-2004.

JAY BESCH, EXAMINING ATTORNEY

**EXHIBIT GG**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,349,705

## United States Patent and Trademark Office

Registered Dec. 4, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY

## EXHIBIT HH

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,375,958
Registered Jan. 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TAPE RECORDERS; FLOPPY DISC DRIVING APPARATUS; ELECTRONIC SECURITY APPARATUS AND SURVEILLANCE APPARATUS, NAMELY, COMPUTER HARDWARE, COMPUTER CHIPS AND MICROPROCESSORS OPTIMIZED FOR ELECTRONIC SECURITY SURVEILLANCE; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER OPERATING SYSTEMS; COMPUTER SYSTEM EXTENSIONS, TOOLS AND UTILITIES IN THE FIELD OF APPLICATION SOFTWARE FOR CONNECTING PERSONAL COMPUTERS, NETWORKS, TELECOMMUNICATIONS APPARATUS AND GLOBAL COMPUTER NETWORK APPLICATIONS; COMPUTERIZED TELECOMMUNICATIONS AND NETWORKING EQUIPMENT CONSISTING OF OPERATING SYSTEM SOFTWARE, MODEMS, CAMERAS, HEADSETS, MICROPHONES, CABLES AND ADAPTORS; COMPUTER GAME PROGRAMS; COMPUTER RACKS, COMPUTER CABINETS AND COMPUTER HOLDERS, ALL ADAPTED FOR THE AFORESAID GOODS; COMPUTER HARDWARE AND SOFTWARE FOR ENHANCING AND PROVIDING REAL-TIME TRANSFER, TRANSMISSION, RECEPTION, PROCESSING AND DIGITIZING OF AUDIO AND VIDEO GRAPHICS INFORMATION; COMPUTER FIRMWARE, NAMELY, COMPUTER OPERATING SYSTEM SOFTWARE, COMPUTER UTILITY SOFTWARE AND OTHER COMPUTER SOFTWARE USED TO MAINTAIN AND OPERATE COMPUTER SYSTEMS; COMPUTERS; HANDHELD COMPUTERS; MICROCOMPUTERS; MINICOMPUTERS; COMPUTER INSTALLATIONS; MEMORY BOARDS; PERSONAL DIGITAL ASSISTANTS; CELLULAR TELEPHONES; SMART PHONES; PORTABLE AND HANDHELD ELECTRONIC PERSONAL ORGANIZERS; COMPUTER HARDWARE; INTEGRATED CIRCUITS; INTEGRATED CIRCUIT MEMORIES; INTEGRATED CIRCUIT CHIPS; COMPUTER CHIP SETS; SEMICONDUCTOR PROCESSORS; SEMICONDUCTOR PROCESSOR CHIPS; SEMICONDUCTOR CHIPS; MICROPROCESSORS; PRINTED CIRCUIT BOARDS; ELECTRONIC CIRCUIT BOARDS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER MEMORIES; OPERATING SYSTEMS; MICROCONTROLLERS; DATA PROCESSORS; CENTRAL PROCESSING UNITS; SEMICONDUCTOR MEMORY DEVICES, NAMELY, SEMICONDUCTOR MEMORIES AND SEMICONDUCTOR MEMORY UNITS; SOFTWARE PROGRAMMABLE PROCESSORS; DIGITAL AND OPTICAL MICROPROCESSORS; COMPUTER PERIPHERALS; VIDEO CIRCUIT BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC ACCELERATORS; MULTIMEDIA ACCELERATORS; VIDEO PROCESSORS; VIDEO PROCESSOR BOARDS; CARDS, DISCS, TAPES, WIRES, RECORDS, MICROCHIPS AND ELECTRONIC CIRCUITS, ALL FOR THE RECORDAL AND TRANSMISSION OF DATA; MODEMS; COMPUTER HARDWARE AND SOFTWARE FOR PROCESSING, STORAGE, RETRIEVAL, TRANSMISSION, DISPLAY, INPUT, OUTPUT, COMPRESSING, DECOMPRESSING, MODIFYING, BROADCASTING AND PRINTOUT OF DATA; COMPUTER INPUT AND OUTPUT DEVICES, NAMELY, COMPUTER MICE, TRACKBALLS, COMPUTER MOUSE TOUCHPADS, KEYBOARDS, SCANNERS, COMPUTER CAMERAS; COMPUTER WORK STATIONS COMPRISING PROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER MONITORS, COMPUTER PERIPHERALS, COMPUTER PRINTERS; DATA MEMORIES; STORAGE DEVICES, NAMELY, JUMP DRIVES, FLASH DRIVES AND THUMB DRIVES; SECURITY SYSTEMS FOR COMPUTER HARDWARE AND SOFTWARE, NAMELY, FIREWALLS, NETWORK ACCESS SERVER HARDWARE FOR CREATING AND MAINTAINING FIREWALLS, VIRTUAL PRIVATE NETWORK (VPN) COMPUTER

**EXHIBIT II**

HARDWARE AND COMPUTER SERVER OPERATING SOFTWARE FOR CREATING AND MAINTAINING FIREWALLS, SOFTWARE FOR ENSURING THE SECURITY OF COMPUTER NETWORKS, SOFTWARE FOR ACCESS CONTROL AND SECURITY, COMPUTER HARDWARE AND SOFTWARE FOR USE IN PROTECTING COMPUTER NETWORKS FROM DATA THEFT OR DAMAGE BY UNAUTHORIZED USERS; COMPONENTS FOR COMPUTERS PRINTED CIRCUITS, NAMELY INTEGRATED CIRCUIT BOARDS, PRINTED CIRCUIT BOARDS AND ELECTRICAL CIRCUIT BOARDS; COMPUTER VOICE ACCELERATOR BOARDS; COMPUTER VOICE, DATA, IMAGE AND VIDEO ACCELERATOR BOARDS; FLASH MEMORY BOARDS AND FLASH MEMORY CARDS; MEMORY SYSTEMS FOR COMPUTERS COMPRISING COMPUTER HARD DRIVES, BACKUP DRIVES, CD AND DVD DRIVES, FLOPPY DISK DRIVES, MAGNETIC TAPE DRIVES, OPTICAL DISK DRIVES, AND MEMORY CARDS; TELECOMMUNICATIONS EQUIPMENT AND COMPUTER NETWORKS, NAMELY PROCESSING AND OPERATING SYSTEMS; HEADSETS; COMPUTER MICE; MICROPHONES; CABLES AND ADAPTERS; COMPUTER TERMINALS AND PRINTERS FOR USE THEREWITH; VIDEO DISPLAY UNITS, NAMELY, COMPUTER MONITORS, ELECTRIC LUMINESCENT DISPLAY PANELS, FLAT PANEL DISPLAY SCREENS, LCD DISPLAYS AND LED DISPLAYS; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS, NAMELY, COMPUTER ROUTERS, HUBS, SERVERS AND SWITCHES; CAMERAS; COMPUTER HARDWARE AND SOFTWARE FOR THE TRANSMISSION AND RECEIPT OF FACSIMILES; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF LOCAL AND WIDE AREA COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR THE DEVELOPMENT, MAINTENANCE, AND USE OF INTERACTIVE AUDIO-VIDEO COMPUTER CONFERENCE SYSTEMS; COMPUTER HARDWARE AND SOFTWARE FOR THE RECEIPT, DISPLAY, AND USE OF BROADCAST VIDEO, AUDIO, AND DIGITAL DATA SIGNALS; SET-TOP BOXES, ELECTRONIC CONTROL DEVICES FOR THE INTERFACE AND CONTROL OF COMPUTERS AND GLOBAL COMPUTER AND TELECOMMUNICATIONS NETWORKS WITH TELEVISION AND CABLE BROADCASTS AND EQUIPMENT; APPARATUS FOR TESTING AND PROGRAMMING INTEGRATED CIRCUITS; COMPUTER PERIPHERAL MEMORY APPARATUS AND DEVICES; COMPUTER FIRMWARE, NAMELY, COMPUTER OPERATING SYSTEMS SOFTWARE; FIXED FUNCTION COMPUTER SERVERS; COMPUTER NETWORKING HARDWARE; SEMICONDUCTOR DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR CREATING, FACILITATING, AND MANAGING REMOTE ACCESS TO AND COMMUNICATION WITH LOCAL AREA NETWORKS (LANS), VIRTUAL PRIVATE NETWORKS (VPN), WIDE AREA NETWORKS (WANS) AND GLOBAL COMPUTER NETWORKS; ROUTER, SWITCH, HUB AND SERVER OPERATING SOFTWARE; COMPUTER SOFTWARE AND HARDWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK FOR SEARCHING, RETRIEVING, TRANSFERRING, MANIPULATING AND DISSEMINATING A WIDE RANGE OF INFORMATION; COMPUTER SOFTWARE TOOLS FOR THE FACILITATION OF THIRD PARTY SOFTWARE APPLICATIONS; COMPUTER HARDWARE AND SOFTWARE FOR WIRELESS NETWORK COMMUNICATIONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS, BOOKS, MAGAZINES, JOURNALS, BROCHURES AND WHITE PAPERS IN THE AREA OF ELECTRONICS, SEMICONDUCTORS AND INTEGRATED ELECTRONIC APPARATUS AND DEVICES, COMPUTERS, TELECOMMUNICATIONS, ENTERTAINMENT, TELEPHONY, AND WIRED AND WIRELESS TELECOMMUNICATIONS; PRE-RECORDED MAGNETIC DATA CARRIERS, FLOPPY DISCS, AND OPTICAL DISCS FEATURING INSTRUCTIONAL MATERIALS RELATING TO COMPUTERS; STRUCTURAL PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; INSTRUCTIONAL MANUALS SOLD AS A UNIT WITH THE AFOREMENTIONED GOODS AND ELECTRONIC INSTRUCTIONAL MANUALS DOWNLOADABLE FROM A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30558256.9/0, FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

SER. NO. 78-779,480, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 3,246,588

## United States Patent and Trademark Office

Registered May 29, 2007

### TRADEMARK
#### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)

2200 MISSION COLLEGE BOULEVARD

SANTA CLARA, CA 95052

FOR: CLOCKS, BRACELETS, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY CHAINS
OF PRECIOUS METAL, NECKLACES, NECKTIE
FASTENERS, LAPEL PINS, MONEY CLIPS OF PRE-
CIOUS METAL, PENDANTS, TIE PINS, TROPHIES
OF PRECIOUS METAL, AND WATCHES, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

SER. NO. 78-779,522, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

**EXHIBIT JJ**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,339,426
Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOOKMARKERS,
BOXES FOR PENS, CALENDARS, WRITING TA-
BLETS, DRAWING TABLETS, PAINTING TABLETS,
NOTE CARDS, SELF-ADHESIVE NOTE PADS,
DESK PADS, CALENDAR DESK PADS, PENS, PEN-
CILS, FOLDERS, PAPERWEIGHTS, PEN AND PEN-
CIL HOLDERS, PHOTOGRAPH STANDS,
DRAWING RULERS, UNGRADUATED RULERS,
DRAFTING RULERS, GIFT WRAP PAPER, ERA-
SERS, MARKERS, CRAYONS, CHALK, DESK SETS,
DESKTOP ORGANIZERS, BUMPER STICKERS,
COMPUTER INSTRUCTION MANUALS; WHITE
PAPERS; PRINTED PUBLICATIONS IN THE NAT-
URE OF NEWSLETTERS, BOOKS, MAGAZINES,
JOURNALS, BROCHURES AND WHITE PAPERS

IN THE AREA OF COMPUTERS, TELECOMMUNI-
CATIONS, ENTERTAINMENT, TELEPHONY, AND
WIRELESS COMMUNICATIONS, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO.
30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 914,978, 939,641 AND
OTHERS.

SER. NO. 78-779,533, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT KK**

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,339,427
Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACKPACKS, BEACH BAGS, DUFFEL
BAGS, PURSES, GYM BAGS, SPORT BAGS, LEA-
THER SHOPPING BAGS, NET SHOPPING BAGS,
FABRIC SHOPPING BAGS, FANNY PACKS, AND
UMBRELLAS; LEATHER AND IMITATION LEA-
THER AND GOODS MADE FROM THESE MATE-
RIALS; TRAVEL BAGS, LUGGAGE, SCHOOL BAGS,
BACKPACKS, BEACH BAGS, DUFFEL BAGS, FAN-
NY PACKS, AND UMBRELLAS; LEATHER AND
IMITATIONS OF LEATHER AND GOODS MADE
FROM THESE MATERIALS; TRAVEL BAGS, LUG-
GAGE, SCHOOL BAGS, BACKPACKS, BEACH
BAGS, DUFFEL BAGS, FANNY PACKS, AND UM-
BRELLAS; LEATHER AND IMITATIONS OF LEA-
THER AND GOODS MADE FROM THESE
MATERIALS, NAMELY, OVERNIGHT BAGS,
SCHOOL BAGS, SCHOOL BOOK BAGS, TOTE BAGS,
WAIST PACKS, DRAWSTRING POUCHES, DOCU-
MENT CASES, ATTACHÉ CASES, BRIEFCASE-
TYPE PORTFOLIOS, WALLETS; LEATHER KEY
CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,725,692 AND
2,250,491.

SER. NO. 78-779,547, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT LL**

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

## United States Patent and Trademark Office

Reg. No. 3,339,428
Registered Nov. 20, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: MUGS, CUPS, DRINKING GLASSES, PLAS-
TIC WATER BOTTLES SOLD EMPTY, SPORTS
BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2,
13, 23, 29, 30, 33, 40 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,723,243, 2,276,580
AND OTHERS.

SER. NO. 78-779,552, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT MM**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,244,085

Registered May 22, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)

2200 MISSION COLLEGE BOULEVARD

SANTA CLARA, CA 95052

FOR: CLOTHING; T-SHIRTS, SHIRTS, TANK
TOPS, BEACHWEAR, LOUNGEWEAR, BOXER
SHORTS, LEATHER JACKETS, SWEATERS,
SWEATSHIRTS, SWEAT SUITS, COVERALLS,
JACKETS, PANTS, SHORTS, TIES, BANDANNAS,
HEADWEAR, FOOTWEAR, BAGS, BOW TIES, CAR-
DIGANS, GLOVES, GYM SUITS, HATS, JACKETS,
JOGGING SUITS, NECKTIES, POLO SHIRTS,
SCARVES, INFANT ROMPERS, SMOCKS, SOCKS
AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30558256.9/0,
FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-
2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,725,692 AND
2,254,525.

SER. NO. 78-779,561, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

# EXHIBIT NN

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,339,429
Registered Nov. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS, PLUSH
TOYS, DOLLS, BEAN BAGS, TOY VEHICLES;
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES; CHRISTMAS TREE ORNA-
MENTS; ELECTRONIC HANDHELD PORTABLE
UNIT FOR PLAYING VIDEO GAMES, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO.
30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 1,723,243, 2,261,531,
AND 2,261,580.

SER. NO. 78-779,569, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT OO**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Reg. No. 3,339,430
Registered Nov. 20, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TRAINING SERVICES IN THE FIELDS OF NETWORKS, NETWORK SYSTEM DESIGN, NETWORK OPERATION, NETWORK MAINTENANCE, NETWORK TESTING, NETWORK PROTOCOLS, NETWORK MANAGEMENT, NETWORK ENGINEERING, COMPUTERS, SOFTWARE, MICROPROCESSORS AND INFORMATION TECHNOLOGY; ENTERTAINMENT SERVICES, NAMELY, ORGANIZING EXHIBITIONS FOR COMPUTER GAMING, PROVIDING ON-LINE COMPUTER GAMES, AND ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS; PROVIDING ON-LINE PUBLICATIONS IN THE NATURE OF MAGAZINES, NEWSLETTERS, JOURNALS, BOOKS AND BROCHURES IN THE AREAS OF PHOTOGRAPHY, IMAGING AND RELATED GOODS AND SERVICES; EDUCATION SERVICES, NAMELY, PROVIDING SEMINARS, COURSES AND TUTORIAL SESSIONS IN THE FIELD OF DIGITAL IMAGING VIA GLOBAL COMPUTER NETWORKS; PROVIDING A DATABASE OF DIGITAL IMAGES ON-LINE FOR USE BY CONSUMERS; PROVIDING AN ON-LINE LIBRARY OF DIGITAL IMAGES WHICH MAY BE SHARED BY USERS; PHOTOGRAPHIC AND IMAGE LIBRARY SERVICES; COMPUTERIZED ON-LINE EDUCATION SERVICES, NAMELY, PROVIDING CLASSES, SEMINARS, TUTORIAL SESSIONS, CONFERENCES AND WORKSHOPS IN THE FIELD OF COMPUTERS, COMPUTER HARDWARE, MICROPROCESSORS, SOFTWARE AND COMPUTER NETWORKS; COMPUTERIZED ON-LINE TRAINING SERVICES IN THE FIELD OF COMPUTERS, COMPUTER HARDWARE, MICROPROCESSORS, SOFTWARE AND COMPUTER NETWORKS; EDUCATIONAL SERVICES, NAMELY, PROVIDING INTERACTIVE TUTORIAL SESSIONS AND COURSES IN THE NATURE OF HOW-TO GUIDES, TIPS AND TECHNIQUES, EXPERT GUIDANCE AND ADVICE, ALL RELATING TO THE PURCHASE, USE, CARE, MAINTENANCE, SUPPORT, UPGRADING, UPDATING AND CONFIGURING OF COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKS, TELECONFERENCING AND COMMUNICATIONS GOODS AND SERVICES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE THAT ALLOWS COMPUTER USERS TO UPLOAD, DOWNLOAD AND CREATE ON-LINE PHOTO ALBUMS, ELECTRONIC POSTCARDS, ADDRESS BOOKS, AND CALENDARS; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES AND ONLINE EDUCATIONAL FORUMS IN THE FIELD OF COMPUTER AND SOFTWARE USE, NAVIGATION OVER GLOBAL COMPUTER NETWORKS, COMPUTER SCIENCE AND TECHNOLOGY, COMPUTER MANAGEMENT, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH; DEVELOPING AND DISSEMINATING EDUCATIONAL MATERIALS DESIGNED TO INCREASE TECHNOLOGY LITERACY AMONG STUDENTS; TRAINING SERVICES FOR NETWORK HARDWARE AND SOFTWARE; TRAINING SERVICES IN THE FIELD OF ONLINE BUSINESS SOLUTIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30558256.9/0, FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 914,978, 938,772, AND 2,585,551.

**EXHIBIT PP**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,343,893

Registered Nov. 27, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL. LEAP AHEAD

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: WEB SITE HOSTING SERVICES; COMPU-
TER NETWORK MANAGEMENT SERVICES,
NAMELY, MONITORING OF NETWORK SYSTEMS
FOR TECHNICAL PURPOSES; HOSTING OF DIGI-
TAL CONTENT ON THE INTERNET; COMPUTER
NETWORK MONITORING SERVICES, NAMELY,
PROVIDING INFORMATION ON THE OPERATION
OF COMPUTER NETWORKS; CUSTOMIZATION
OF WEB SOFTWARE, COMPUTER USER INTER-
FACE DESIGN FOR OTHERS, AND WEB SITE
CONTENT MANAGEMENT AND INTEGRATION;
WEB SITE DEVELOPMENT AND MAINTENANCE
FOR OTHERS; CONSULTING SERVICES IN THE
FIELD OF COMPUTERS AND WIRELESS COMPUT-
ING; PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR ENHANCING
AND PROVIDING REAL-TIME TRANSFER,
TRANSMISSION, RECEPTION, PROCESSING AND
DIGITIZING OF AUDIO AND VIDEO GRAPHICS
INFORMATION; PROVIDING TEMPORARY USE
OF NON-DOWNLOADABLE SOFTWARE FOR PRO-
CESSING, STORAGE, RETRIEVAL, TRANSMIS-
SION, DISPLAY, INPUT, OUTPUT,
COMPRESSING, DECOMPRESSING, MODIFYING,
BROADCASTING AND PRINTOUT OF DATA; PRO-
VIDING TEMPORARY USE OF NON-DOWNLOAD-
ABLE SOFTWARE FOR ENSURING THE
SECURITY OF COMPUTER NETWORKS, FOR AC-
CESS CONTROL AND SECURITY, AND FOR USE
IN PROTECTING COMPUTER NETWORKS FROM
DATA THEFT OR DAMAGE BY UNAUTHORIZED
USERS; PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR THE TRANS-
MISSION AND RECEIPT OF FACSIMILES; PROVID-
ING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR THE DEVEL-
OPMENT, MAINTENANCE, AND USE OF LOCAL

AND WIDE AREA COMPUTER NETWORKS; PRO-
VIDING TEMPORARY USE OF NON-DOWNLOAD-
ABLE SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF INTERACTIVE
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS; PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST VI-
DEO, AUDIO, AND DIGITAL DATA SIGNALS;
PROVIDING TEMPORARY USE OF NON-DOWN-
LOADABLE SOFTWARE FOR CREATING, FACIL-
ITATING, AND MANAGING REMOTE ACCESS TO
AND COMMUNICATION WITH LOCAL AREA
NETWORKS (LANS), VIRTUAL PRIVATE NET-
WORKS (VPN), WIDE AREA NETWORKS (WANS)
AND GLOBAL COMPUTER NETWORKS; PROVID-
ING TEMPORARY USE OF NON-DOWNLOAD-
ABLE SOFTWARE FOR USE IN PROVIDING
MULTIPLE USER ACCESS TO A GLOBAL COMPU-
TER INFORMATION NETWORK FOR SEARCH-
ING, RETRIEVING, TRANSFERRING,
MANIPULATING AND DISSEMINATING A WIDE
RANGE OF INFORMATION; PROVIDING TEM-
PORARY USE OF NON-DOWNLOADABLE SOFT-
WARE TOOLS FOR THE FACILITATION OF THIRD
PARTY SOFTWARE APPLICATIONS; PROVIDING
TEMPORARY USE OF NON-DOWNLOADABLE
SOFTWARE FOR WIRELESS NETWORK COMMU-
NICATIONS; CUSTOM COMPUTER SOFTWARE
AND HARDWARE DEVELOPMENT, DESIGN,
AND CONSULTING SERVICES; LEASING OF COM-
PUTER EQUIPMENT, NAMELY, COMPUTERS,
COMPUTER HARDWARE, PERIPHERALS, COM-
PUTER COMPONENTS, COMPUTER SOFTWARE
AND COMPUTER PRINTERS; DESIGNING AND
DEVELOPING STANDARDS FOR OTHERS IN THE
DESIGN AND IMPLEMENTATION OF COMPUTER
SOFTWARE, COMPUTER HARDWARE AND TEL-
ECOMMUNICATIONS EQUIPMENT; PROVIDING
CUSTOMERS AND TECHNICIANS WITH INFOR-
MATION RELATING TO COMPUTER PROJECT

**EXHIBIT QQ**

MANAGEMENT, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30558256.9/0,

FILED 9-29-2005, REG. NO. 30558256, DATED 7-24-2006, EXPIRES 9-30-2015.

OWNER OF U.S. REG. NOS. 2,585,551 AND 3,029,954.

SER. NO. 78-779,584, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 3,383,057

**United States Patent and Trademark Office**    Registered Feb. 12, 2008

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: BOXES FOR PENS, DESK PADS, PENS, PENCILS, COMPUTER INSTRUCTION MANUALS; WHITE PAPERS; PRINTED PUBLICATIONS IN THE NATURE OF NEWSLETTERS, BOOKS, MAGAZINES, JOURNALS, BROCHURES AND WHITE PAPERS IN THE AREA OF COMPUTERS, TELECOMMUNICATIONS, ENTERTAINMENT, AND WIRELESS COMMUNICATIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-3-2006; IN COMMERCE 1-3-2006.

OWNER OF U.S. REG. NOS. 914,978, 938,772, AND 939,641.

SN 78-779,691, FILED 12-22-2005.

TARAH HARDY, EXAMINING ATTORNEY

**EXHIBIT RR**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,331,803

## United States Patent and Trademark Office

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMICONDUCTORS; MICROPROCESSORS; SEMICONDUCTOR DEVICES; INTEGRATED CIRCUITS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER SOFTWARE, NAMELY, COMPUTER OPERATING SYSTEMS, COMPUTER UTILITY SOFTWARE, AND OTHER COMPUTER SOFTWARE USED TO MAIN-

TAIN AND OPERATE A COMPUTER SYSTEM; PROGRAMMABLE DATA PROCESSORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SN 78-775,512, FILED 12-16-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY

# EXHIBIT SS



## State of California

### SECRETARY OF STATE

Trademark Reg. No. 63565     Class No. 9     Renewal No. 16828

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**    2200 Mission College Blvd. Santa Clara, CA  95052
**Date First Used in California:**    March 11, 1969
**Date First Used Anywhere:**    March 11, 1969
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Integrated circuits, registers, and semi-conductor memories and test and programming equipment for such products
**Date of Registration:**    May 15, 1981
**Term of Registration Extends to and Includes:**    May 15, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 16th day of May, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)                                                                                    OSP 99 21639

## EXHIBIT TT



## State of California

### SECRETARY OF STATE

Trademark Reg. No. 94220          Class No. 16          Renewal No. 16856

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

**Name of Applicant:**    Intel Corporation
**Business Address:**    2200 Mission College Blvd.  Santa Clara, CA  95052
**Date First Used in California:**    August 1, 1973
**Date First Used Anywhere:**    August 1, 1973
**Description of Trademark:**    Intel
**Description of Goods on Which the Trademark is Used:**    Printed material, such as pamphlets, manuals relating to data technology and semiconductor devices
**Date of Registration:**    June 18, 1991
**Term of Registration Extends to and Includes:**    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

NP-24 A (Rev. 1 96)

**EXHIBIT UU**

OSP 99 21630



State of California

## SECRETARY OF STATE

Trademark Reg. No. 94221      Class No. 9      Renewal No. 16857

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES*, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Intel Corporation
Business Address:    2200 Mission College Blvd.  Santa Clara, CA  95052
Date First Used in California:    March 11, 1969
Date First Used Anywhere:    March 11, 1969
Description of Trademark:    Intel
Description of Goods on Which the Trademark is Used:    Integrated circuits, registers, and semiconductor memories
Date of Registration:    June 18, 1991
Term of Registration Extends to and Includes:    June 18, 2011

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 19th day of June, 2001



BILL JONES
Secretary of State

## EXHIBIT VV