Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff<br>v.<br>E.I., LLC, a California limited liability company,<br><br>Defendant | CV 08 3165 SC<br><br>Civil Action No.<br><br>E-filing |

**Summons in a Civil Action**

To:  E.I., LLC

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Harvey Siskind LLP
Ian K. Boyd, Esq.
Raffi V. Zerounian, Esq.
4 Embarcadero Center, 39th Floor
San Francisco, CA  94111
Tel:  415-354-0100
Fax:  415-391-7124

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  JUL 0 1 2008

Deputy clerk's signature

**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____07/08/2008_____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
        _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        John C. Merchant, Esq., 1815 Lyon Street, Suite A, San Francisco, CA 94115 ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
    _____.

My fees are $ __16.00__ for travel and $ __8.00__ for services, for a total of $ __24.00__.

Date:  07/08/2008

_Morris E. Phillips_
Server's signature

**Morris E. Phillips RPS: C.C.S.F. #874**
Printed name and title

41 Sutter Street #1264
San Francisco, CA 94104

Server's address