| | |
|---|---|
| 1 | IAN K. BOYD (SBN 191434) |
| | iboyd@harveysiskind.com |
| 2 | RAFFI V. ZEROUNIAN (SBN 236388) |
| | rzerounian@harveysiskind.com |
| 3 | HARVEY SISKIND LLP |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:     (415) 354-0100 |
| | Facsimile:     (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | INTEL CORPORATION |
| 8 | |
| | JOHN C. MERCHANT (SBN 159123) |
| 9 | johnm@jmerchantlaw.com |
| | JMERCHANT LAW |
| 10 | 1815 Lyon Street, Suite A |
| | San Francisco, CA 94115 |
| 11 | Telephone:     (415) 992-2260 |
| 12 | Facsimile:     (415) 520-9822 |
| 13 | Attorneys for Defendant |
| | E.I., LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| INTEL CORPORATION, a Delaware corporation, | ) ) ) | Case No. C 08-3165 SC |
| Plaintiff, | ) ) ) | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT** |
| vs. | ) ) ) | |
| E.I., LLC, a California limited liability company, | ) ) ) | |
| Defendant. | ) ) ) | |

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                              CASE NO. C 08-3165 SC

1 | This Stipulation is entered into by and between Plaintiff Intel Corporation ("Intel"), and Defendant E.I, LLC dba IntelEvent ("IntelEvent") through their respective attorneys of record.

1. On July 8, 2008, Intel's Complaint was served upon IntelEvent.

2. IntelEvent's response to Intel's Complaint would be due on July 28, 2008.

3. The parties have jointly agreed to allow IntelEvent an additional twenty (20) days within which to answer or otherwise plead in response to Intel's Complaint.

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1(a), by and between the undersigned counsel for the parties, as follows:

A. IntelEvent shall have an additional twenty (20) days within which to answer or otherwise plead in response to Intel's Complaint.

B. IntelEvent's answer or other pleading shall be due August 18, 2008.

Respectfully submitted,

Dated: July 15, 2008

HARVEY SISKIND LLP
IAN K. BOYD
RAFFI V. ZEROUNIAN

By: /s/ Raffi V. Zerounian

Raffi V. Zerounian

Attorneys for Plaintiff
INTEL CORPORATION

Date: July 14, 2008

J. MERCHANT LAW
JOHN C. MERCHANT

By: /s/ John C. Merchant

John C. Merchant

Attorneys for Defendant
E.I, LLC

IT IS SO ORDERED
Judge Samuel Conti

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

John C. Merchant, Esq.
J. Merchant Law
1815 Lyon Street, Suite A
San Francisco, CA 94115

__X__    **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____    **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____    **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____    **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__    **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

_____    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2008 at San Francisco, California.

_____
Cynthia Lee