1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  RAFFI V. ZEROUNIAN (SBN 236388)
   rzerounian@harveysiskind.com
3  HARVEY SISKIND LLP
   4 Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
   Telephone: 415.354.0100
5  Facsimile: 415.391.7124

6  Attorneys for Plaintiff
   INTEL CORPORATION
7
   STEPHEN P. ELLINGSON (SBN 136505)
8  sellingson@hayesdavis.com
   JAMIE A. RADACK (SBN 221000)
9  jradack@hayesdavis.com
   HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
10 203 Redwood Shores Pkwy., Suite 480
   Redwood City, CA 94065
11 Telephone: 650.637.9100
   Facsimile: 650.637.8071
12
   Attorney for Defendant
13 E.I., LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| INTEL CORPORATION, a Delaware corporation, | CASE NO. CV08-3165 SC |
|---|---|
| Plaintiff, | JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT |
| v. | |
| E.I., LLC, a California limited liability company, | |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff Intel Corporation ("Intel"), and Defendant E.I., LLC dba IntelEvent ("IntelEvent") through their respective attorneys of record.

1. IntelEvent's response to Intel's Complaint is currently due on August 18, 2008.

2. The parties have jointly agreed to allow IntelEvent an additional two weeks within which to answer or otherwise plead in response to Intel's Complaint.

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1(a), by and between the undersigned counsel for the parties, as follows:

1  A. IntelEvent shall have an additional two weeks within which to answer or
2  otherwise plead in response to Intel's Complaint.
3  B. IntelEvent's answer or other pleading shall be due September 2, 2008.

Dated: August 15, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: /s/
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
E.I., LLC

Dated: August 15, 2008

HARVEY SISKIND LLP

By: /s/
IAN K. BOYD
RAFFI V. ZEROUNIAN
Attorneys for Plaintiff
INTEL CORPORATION

IT IS SO ORDERED
/s/
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA