IAN K. BOYD (SBN 191434)
iboyd@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
rzerounian@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124

Attorneys for Plaintiff
INTEL CORPORATION

STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorney for Defendant
E.I., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>E.I., LLC, a California limited liability company,<br><br>            Defendants. | CASE NO. CV08-3165 SC<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT** |

This Stipulation is entered into by and between Plaintiff Intel Corporation ("Intel"), and Defendant E.I., LLC dba IntelEvent ("IntelEvent") through their respective attorneys of record.

1. IntelEvent's response to Intel's Complaint is currently due on September 2, 2008.

2. The parties have jointly agreed to allow IntelEvent an additional two weeks within which to answer or otherwise plead in response to Intel's Complaint.

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1(a), by and between the undersigned counsel for the parties, as follows:

A.  IntelEvent shall have an additional two weeks within which to answer or otherwise plead in response to Intel's Complaint.

B.  IntelEvent's answer or other pleading shall be due September 16, 2008.

Dated: August 28, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: _____//s//_____
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorney for Defendant
E.I., LLC

Dated: August 28, 2008

HARVEY SISKIND LLP

By: _____//s//_____
IAN K. BOYD
RAFFI V. ZEROUNIAN
Attorneys for Plaintiff
INTEL CORPORATION

174122

-2-

**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTENT TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT - CASE NO. CV08-3156 SC**