1  IAN K. BOYD (SBN 191434)
   iboyd@harveysiskind.com
2  RAFFI V. ZEROUNIAN (SBN 236388)
   rzerounian@harveysiskind.com
3  HARVEY SISKIND LLP
   4 Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
   Telephone: 415.354.0100
5  Facsimile: 415.391.7124

6  Attorneys for Plaintiff
   INTEL CORPORATION
7
   STEPHEN P. ELLINGSON (SBN 136505)
8  sellingson@hayesdavis.com
   JAMIE A. RADACK (SBN 221000)
9  jradack@hayesdavis.com
   HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
10 203 Redwood Shores Pkwy., Suite 480
   Redwood City, CA 94065
11 Telephone:  650.637.9100
   Facsimile:  650.637.8071
12
   Attorney for Defendant
13 E.I., LLC

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 | INTEL CORPORATION, a Delaware corporation, | CASE NO. CV08-3165 SC |
   |---|---|
17 | | |
   | Plaintiff, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT** |
18 | v. | |
19 | E.I., LLC, a California limited liability company, | |
20 | Defendants. | |
21

22      This Stipulation is entered into by and between Plaintiff Intel Corporation ("Intel"), and

23 Defendant E.I., LLC dba IntelEvent ("IntelEvent") through their respective attorneys of record.

24      1.   IntelEvent's response to Intel's Complaint is currently due on September 2, 2008.

25      2.   The parties have jointly agreed to allow IntelEvent an additional two weeks within

26           which to answer or otherwise plead in response to Intel's Complaint.

27      IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules

28 6-1(a), by and between the undersigned counsel for the parties, as follows:

174122                                    -1-

**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTENT TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT - CASE NO. CV08-3156 SC**

    A.    IntelEvent shall have an additional two weeks within which to answer or otherwise plead in response to Intel's Complaint.

    B.    IntelEvent's answer or other pleading shall be due September 16, 2008.

Dated: August 28, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: _____//s//_____
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorney for Defendant
E.I., LLC

Dated: August 28, 2008

HARVEY SISKIND LLP

By: _____//s//_____
IAN K. BOYD
RAFFI V. ZEROUNIAN
Attorneys for Plaintiff
INTEL CORPORATION

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Samuel Conti]*

174122   -2-

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTENT TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT - CASE NO. CV08-3156 SC